# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
11-21-16

| United States of America | ) |
|---|---|
| v. | ) |
| Alfredo Armendari, | ) Case No. 16-9436 MJ |
| a.k.a.: Mauricio Armendariz-Corral, | ) |
| a.k.a.: Alfredo Armendariz Corral, | ) |
| (A 078 120 971) | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 21, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Alfredo Armendari, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about February 26, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA James B. Morse, Jr.

☒ Continued on the attached sheet.

*Complainant's signature*

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 22, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 21, 2016, the Phoenix Police Department (PPD) encountered Alfredo Armendari during a traffic stop on North Cave Creek Road., in Phoenix, Arizona. PPD Officer G.J. Ryder suspected Armendari to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officers L. Baeza and S. Black responded to the PPD Sunnyslope station to interview Armendari and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Armendari was released to ICE custody and transported to the Phoenix ICE detention office for further investigation and processing. Armendari was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Alfredo Armendari to be a citizen of Mexico and a previously deported criminal alien. Armendari was removed from the United

States to Mexico through El Paso, Texas, on or about February 26, 2014, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Armendari in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Armendari's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Alfredo Armendari was convicted of Reentry of a Removed Alien, a felony offense, on September 9, 2013, in the United States District Court, District of New Mexico. Armendari was sentenced to twelve (12) months and one (1) day of imprisonment, and placed on supervised release for a term of three (3) years, unsupervised. Armendari's criminal history was matched to him by electronic fingerprint comparison.

5. On November 21, 2016, Alfredo Armendari was advised of his constitutional rights. Armendari freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 21, 2016, Alfredo Armendari, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

at or near El Paso, Texas, on or about February 26, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 22nd day of November, 2016.

_____
Eileen S. Willett,
United States Magistrate Judge